# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

Bridget M. McCormack,
Chief Justice

162886(105)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEONTE RASHAAD SADLER,
     Defendant-Appellant.

SC: 162886
COA: 348659
Genesee CC: 15-037634-FC

_____/

     On order of the Chief Justice, the motion of defendant-appellant to waive filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk